UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

**JUROR NUMBER ONE,**

CASE NO: **2:12–CV–02199–JAM–GGH**

v.

**STATE OF CALIFORNIA, ET AL.,**

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/24/2012**

**Victoria C. Minor**
Clerk of Court

ENTERED: **August 24, 2012**

by: /s/ K. Zignago
Deputy Clerk